IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

*2022 DEC -6 PM 1:42*

_Glenn R. Wright_
_Rodney G. Wright_
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

_Alycia Carter, Daniel Dryson_
_3rd Floor Expundment Manager - The memphis police Dispatch team_
_Memphis Police, Sheriff; The Reginal Medical Hospital Police Department_

(Enter above the full name of the defendant _James Mason, Charles Todd, Anthony Turner_
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.   Previous Lawsuits
     A.  Have you begun other lawsuits in state or federal court dealing with the same facts
         involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

     B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more
         than one lawsuit, describe the additional lawsuits on another piece of paper, using
         the same outline.)

         1.  Parties to this previous lawsuit
             Plaintiffs:  _Glenn R. Wright_
                          _Rodney G. Wright_
             Defendants:  _Alycia Carter, Daniel Dryson; The 3rd_
                          _Floor Expundgement Floor Manager; Police & Sheriff_

         2.  Court (if federal court, name the district; if state court, name the county):
             _____

         3.  Docket Number: _____

         4.  Name of judge to whom case was assigned:_____

         5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still
             pending?) _Case Depending in Shelby Co, Circuit Court_
             _____

         6.  Approximate date of filing lawsuit:_ JAN 13 2023 _____

         7.  Approximate date of disposition:_____

-1-                                                              Revised 4/18/08

II.    Place of Present Confinement: *Not applied*

    A. Is there a prisoner grievance procedure in the institution?

        Yes ( ) No (X)

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes (X) No ()

    C. If your answer is Yes:

      1. What steps did you take? *Gathered information of my house being ripped out of the ground*

      2. What was the result? *the Dispatcher Diala help to start this from*

    D. If your answer is No, explain why not:

III.    Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff *Alycia Carter, Police Sheriff ...*

      Address *201 Poplar, ...Macon RM 123 ...38134*

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

    B. Defendant *Alycia Carter Daniel Dreyser* is employed as *Shelby County Government*

      at *201 Poplar Ave Memphis 38103*

    C. Additional Defendants: *3rd floor Expundement floor, Police-Sheriff, James Mason, Anthony Turner Charles Todd; Mitch; The Regional Medical Hospital Police Department*

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

*Cellphone Tower 2 tower, sound waving Every neighborhood i have Lived in with voice Amplications of themself, personally Pestering My Life, As a widespread announcement of nothing, the sound is micro waves room to room hallway to hallway inside, outside the towers swing wave the voice amps across roads onto others people easily amplified voice amp threats to the people coming towards you the person targeted*

*[left margin notes:] MAILING ADDRESS 590 Washington Ave, Memphis Tn 38105*

*LIVING ADDRESS 4015 MACON CoVG Memphis 38134*

Revised 4/18/08

V.    Relief
      State briefly exactly what you want the court to do for you. Make no legal arguments.
      Cite no cases or statutes.

I want this hidden brutality called
BAH= In which the people us Right call
it this and that
                          Taken off of my life 43yrs
of hearing they training of interns being
train, and Rodney Wright is the target He
often is found to be kin to 1 of our subject
whom is just kin to all the wrong people
            My living heard every person in
North Memphis say — they wish to be in a
program that would make announcements about
them; they got a chance to volunteer if I was taken
out and they was put in and made so guess

VI.   Jury Demand
      I would like to have my case tried by a jury. Yes ( ) No ( ).
                          I am 43 years Tired
                          This Mess Popped And No
                          Off

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our
information, knowledge, and belief.

            Signed this_____day of _____, 20_____.




                                    _____
                                    (Signature of Plaintiff/Plaintiffs)


I want my own
Internship; i filed for that keeps
getting erased.

                  National Security
Bridges Overpasses, Ditches &
      Railroads / Intern for

Washington DC Remote
                                    Revised 4/18/08
      Statewide construction site
            inspector

My Job I
Was Pick for
By Dart Transit